**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| A.L., a minor,<br><br>    Plaintiff,<br><br>    v.<br><br>COUNTY OF STANISLAUS, et al.,<br><br>    Defendants. | Case No.: 1:21-cv-01732-DAD-SKO<br><br>ORDER GRANTING APPLICATION FOR APPOINTMENT OF GUARDIAN AD LITEM FOR PLAINTIFF A.L.<br><br>(Docs. 5, 6) |

On December 7, 2021, petitioner Korey Santor filed an application for appointment as guardian ad litem for his minor granddaughter, Plaintiff A.L.[1] (Docs. 5, 6.) Having considered the application and supporting declarations, the Court finds that good cause appears to appoint Mr. Santor as Plaintiff's guardian ad litem pursuant to Federal Rule of Civil Procedure 17(c)(2). *See* E.D. Cal. Local Rule 202(a). Accordingly, IT IS HEREBY ORDERED that petitioner Korey Santor is APPOINTED as the guardian ad litem for minor Plaintiff A.L. The hearing on the application, currently set for January 4, 2022, before District Judge Dale A. Drozd is hereby VACATED.

IT IS SO ORDERED.

Dated:   **December 13, 2021**              /**s**/ Sheila K. Oberto
                                            UNITED STATES MAGISTRATE JUDGE

---

[1] This matter is referred to the undersigned pursuant to 28 U.S.C. § 636(b)(1)(B), Local Rule 302, and the Amended Standing Order in Light of Ongoing Judicial Emergency in the Eastern District of California (Doc. 4-2 at 3).